# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CHARLENE CARTER,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., AND TRANSPORT WORKERS UNION OF AMERICA, LOCAL 556,<br><br>Defendants. | § § § § § § § § § § § § § § § § | Civil Case No. 3:17-cv-02278-X |

## DEFENDANT SOUTHWEST AIRLINES CO.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Defendant Southwest Airlines Co. appeals to the United States Court of Appeals for the Fifth Circuit from this Court's August 7, 2023 Memorandum Opinion and Order Granting Sanctions [ECF No. 467] and its *Ex Parte* Addendum to Sanctions Order [ECF No. 468].

Dated: August 9, 2023						Respectfully submitted,


							*/s/* Paulo B. McKeeby
							Paulo B. McKeeby
							State Bar No. 00784571
							Brian K. Morris
							State Bar No. 24108707
							**REED SMITH LLP**
							2850 N. Harwood Street
							Suite 1500
							Dallas, Texas 75201
							Phone: 469-680-4200
							Facsimile: 469-680-4299
							pmckeeby@reedsmith.com
							bmorris@reedsmith.com

							/s/ Andrew Baxter Ryan
							Andrew Baxter Ryan
							State Bar No. 24054464
							**Ryan Law Partners LLP**
							3811 Turtle Creek Blvd
							Suite 780
							Dallas, TX 75219
							Phone: 214-347-7360
							Facsimile: 888-594-6240
							andy@ryanlawpartners.com

							/s/ Shay Dvoretzky
							Shay Dvoretzky
							Admitted *pro hac vice*
							**Skadden, Arps, Slate, Meagher & Flom LLP**
							1440 New York Avenue, NW
							Washington, DC 20005
							Phone: 202-371-7370
							Facsimile: 202-661-2370
							shay.dvoretzky@skadden.com

							Parker Andrew Rider-Longmaid
							Admitted *pro hac vice*
							**Skadden, Arps, Slate, Meagher & Flom LLP**
							1440 New York Avenue NW
							Washington, DC 20005
							Phone: 202-371-7061
							Facsimile: 202-461-4061
							parker.rider-longmaid@skadden.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been filed via the Court's ECF system and all counsel of record have been served on this 9th day of August, 2023.

*/s/ Paulo B. McKeeby*
Paulo B. McKeeby