# United States Court of Appeals for the Fifth Circuit

---

No. 23-10008
CONSOLIDATED WITH
No. 23-10536

---

CHARLENE CARTER,

    *Plaintiff—Appellee/Cross-Appellant*,

versus

LOCAL 556, TRANSPORT WORKERS UNION OF AMERICA; SOUTHWEST AIRLINES COMPANY,

    *Defendants—Appellants/Cross-Appellees*,

CONSOLIDATED WITH

---

No. 23-10836

---

CHARLENE CARTER,

    *Plaintiff—Appellee*,

versus

SOUTHWEST AIRLINES COMPANY,

    *Defendant—Appellant.*

No. 23-10008
c/w Nos. 23-10536, 23-10836

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-2278
USDC No. 3:17-CV-2278
USDC No. 3:17-CV-2278

_____

ORDER:

IT IS ORDERED that Appellant/Cross-Appellee Southwest Airlines opposed motion to file brief in excess of word count not to exceed 19,500 words is GRANTED IN PART, and it is ORDERED that SWA may file a brief in the consolidated appeal of no more than 15,500 words.

*Edith H. Jones*
EDITH H. JONES
*United States Circuit Judge*