# United States Court of Appeals
# for the Fifth Circuit

No. 23-10836

Charlene Carter,

*Plaintiff—Appellee*,

*versus*

Southwest Airlines Company,

*Defendant—Appellant*.

United States Court of Appeals
Fifth Circuit
**FILED**
May 8, 2025
Lyle W. Cayce
Clerk

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:17-CV-2278

Before Clement, Engelhardt, and Wilson, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that we REVERSE the judgment against Southwest on Carter's belief-based Title VII claim and REMAND with instructions to enter judgment as a matter of law for Southwest on that claim. We AFFIRM the judgment on Carter's practice-based claims against Southwest. We AFFIRM the judgment against the

Union on all claims. We AFFIRM the dismissal of Carter's RLA interference claim and REVERSE the denial of Southwest's motion for judgment as a matter of law on Carter's retaliation claim. We VACATE the permanent injunction in full and REMAND for additional proceedings. We VACATE the contempt order against Southwest in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.